IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| WALTER R. BURNLEY, | ORDER |
| Petitioner, | 16-cv-138-bbc |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

---------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| RICHARD A. MOLINARO, | |
| | ORDER |
| Petitioner, | |
| | 16-cv-342-bbc |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

---------------------------------------------------------------------------------------------------------------------------

| | |
|---|---|
| VINCENT CORNER, | |
| | ORDER |
| Petitioner, | |
| | 16-cv-357-bbc |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

JON HOLT,

                Petitioner,

      v.

UNITED STATES OF AMERICA,

                Respondent.

ORDER

16-cv-385-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioners Walter R. Burnley, Richard A. Molinaro, Vincent Corner and Jon Holt have moved to stay further brief and resolution of their motions for post conviction relief brought under the recent decisions of the United States Supreme Court in Johnson v. United States, 135 S. Ct. 2551 (2015), and Welch v. United States, 136 S. Ct. 1257 (2016). The motion is not opposed by the United States.

      The motion for stay will be granted as to petitioners Molinaro, Corner and Holt, whose motions for relief have not yet been briefed, but it will be denied as Walter R. Burnley, whose case is fully briefed and ready for decision.

      Entered this 14th day of June, 2016.

                                        BY THE COURT:
                                        /s/
                                        BARBARA B. CRABB
                                        District Judge